**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-4871**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FRED SWANZY OPOKU, a/k/a Michael Osei, a/k/a
John Kwasi Oduro,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CR-99-192-A)

———————

Submitted:  May 31, 2000          Decided:  June 16, 2000

———————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alan H. Yamamoto, Alexandria, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Kenneth R. Pakula, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fred Swanzy Opoku was convicted by a jury for making a false statement on an immigration form, see 18 U.S.C.A. § 1546(a) (West Supp. 2000), and reentry into the United States after deportation. See 8 U.S.C. § 1326(a) (1994). On appeal, Opoku alleges that his conviction for reentry under § 1326(a) should be vacated because permission to reenter the country was not required because prior to reentering the United States he fraudulently obtained a Permanent Resident status, a "Green Card," in a false name. This claim is without merit. See generally United States v. Espinoza-Leon, 873 F.2d 743, 746 (4th Cir. 1989).

Accordingly, we affirm his convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED